**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**STATE AUTOMOBILE MUTUAL INSURANCE COMPANY**　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　　**NO. 4:21-cv-1080-KGB**

**KELLEY LENSING, INDIVIDUALLY AND AS MOTHER,
NEXT FRIEND AND NATURAL GUARDIAN OF L.L., A MINOR;
JOSEPH LENSING, INDIVIDUALLY AND AS FATHER,
NEXT FRIEND AND NATURAL GUARDIAN OF L.L., A MINOR;
TERESA STURCH, INDIVIDUALLY AND AS MOTHER,
NEXT FRIEND AND NATURAL GUARDIAN OF S.W., A MINOR; &
RUSTEY WILLIAMS, INDIVIDUALLY AND AS FATHER,
NEXT FRIEND AND NATURAL GUARDIAN OF S.W., A MINOR DEFENDANTS**

**SEPARATE DEFENDANT STURCH & WILLIAMS'
MOTION FOR SUMMARY JUDGMENT**

Comes now, Separate Defendants Teresa Sturch, Individually and as Mother, Next Friend and Natural Guardian of S.W., a minor, and Rustey Williams, Individually and as Father, Next Friend and Natural Guardian of S.W., a minor, who, by and through their counsel Denton & Zachary, PLLC, and respectfully submits this Motion for Summary Judgment:

1.　　Plaintiff's Complaint for Declaratory Judgment alleges that, at the time of the accident, L.L. was driving Wyatt Rider's parents', Shane Rider and Tonya Rider's, Camaro without the reasonable belief that he was entitled to do so, and that, in turn, L.L.'s mother's automobile liability insurance policy, held by Plaintiff, which was insuring L.L. at the time of the accident, was not covering L.L. on account of Plaintiff's argument that L.L. "was not operating the vehicle with permission or within the scope of permission of the owners or any person

authorized to grant permission to L.L. to operate the vehicle" and "any subjective belief that L.L. may have had that he was entitled to drive the vehicle was not reasonable."

2.     However, the undisputed material facts prove that, on August 14, 2020: (1) there was in effect a policy of automobile insurance issued by State Automobile Mutual Insurance Company to Kelley Lensing (L.L.'s biological mother who has primary physical custody of L.L.), policy no. AAR 0054397, with a policy period of September 26, 2019, to September 26, 2020; (2) L.L. asked Wyatt Rider to drive the Camaro in question; (3) Wyatt Rider had the authority to allow L.L. to drive the Camaro in question; (4) Wyatt Rider gave L.L. permission to drive the Camaro in question; (5) L.L. was driving the Camaro in question with Wyatt Rider's permission; and (6) L.L. was driving the Camaro in question with the reasonable belief that L.L. was allowed to do so.

3.     There is no genuine dispute that L.L. was driving the vehicle with permission and the reasonable belief that L.L. was entitled to do so, and since there is no evidence to the contrary Plaintiff has an obligation to provide coverage for the collision in question and has an obligation to defend any suit filed or settle any claim made by or on behalf of S.W., who has in excess of $5,000,000.00 in past and future medical damages as a result of the collision in question.

4.     Pursuant to Local Rules 7.2 and 56.1, this motion is accompanied by a Brief in Support and a Statement of Undisputed Material Facts. The

following exhibits are attached to Defendants' Statement of Undisputed Material Facts and incorporated herein by reference:

    **EXHIBIT A** Divorce Decree and Property Settlement Agreement

    **EXHIBIT B** Kelley Lensing's Policy No. AAR 0054397 Issued by State Auto

    **EXHIBIT C** Plaintiff's Complaint for Declaratory Judgment

    **EXHIBIT D** S.W.'s Deposition Transcript

    **EXHIBIT E** Wyatt Rider's Affidavit

    **EXHIBIT F** Cleburne County Sheriff's Office Incident Report

WHEREFORE, Separate Defendants Teresa Sturch and Rustey Williams, pray that this Court enters summary judgment in their favor and Orders Plaintiff to provide coverage for the collision in question and find that Plaintiff has an obligation to defend any suit filed or settle any claim made by or on behalf of S.W.

Respectfully submitted,

DENTON & ZACHARY, PLLC
Andrew Payne Norwood, ABN 2017107
Joe A. Denton, ABN 2012167
Justin C. Zachary, ABN 2010162 2100 Riverdale Road, Suite 200A Little Rock, Arkansas 72202
Tel:   (501) 358-4999
Fax:   (501) 358-4737
Email: andrew@dentonandzachary.com
      joe@dentonandzachary.com
      justin@dentonandzachary.com

**ATTORNEYS FOR**
**SEPARATE DEFENDANTS**
**TERESA STURCH & RUSTEY WILLIAMS**

**CERTIFICATE OF SERVICE**

I, Justin C. Zachary, hereby certify that on July 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing upon all counsel of record via email.

Justin C. Zachary